UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19445
    MARIA E MINNEY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3250


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/29/2008 and was not confirmed.

    The case was dismissed without confirmation 10/29/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ISAC | UNSECURED | 97538.76 | .00 | .00 |
| T-MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 174.98 | .00 | .00 |
| N ILLINOIS U | UNSECURED | NOT FILED | .00 | .00 |
| NCO MEDCLR | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 567.61 | .00 | .00 |
| N ILLINOIS U | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 410.56 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| FISCHEL & KAHN LTD | CURRENT MORTG | .00 | .00 | .00 |
| FISCHEL & KAHN LTD | MORTGAGE ARRE | 1633.00 | .00 | .00 |
| VW CREDIT INC | SECURED VEHIC | 1200.00 | .00 | .00 |
| US BANK NA/OCWEN | MORTGAGE NOTI | NOT FILED | .00 | |
| US BANK NA/OCWEN | MORTGAGE NOTI | NOT FILED | .00 | |
| SECOND START | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 19445 MARIA E MINNEY

```
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                        ---------------    ---------------
TOTALS                              .00                 .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
              CASE NO. 08 B 19445 MARIA E MINNEY